UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN ALTVATER,

    *Plaintiff*,

vs.

HOSPICE OF HOLLAND,

    *Defendant*.

Case No. 1-22-cv-01198-JMB-RSK
Hon. Jane M. Beckering
Hon. Mag. Phillip Green

| HURWITZ LAW PLLC | GORDON REES SCULLY & MANSUKHANI |
|---|---|
| Noah S. Hurwitz (P74063) | Gregory M. Meihn (P38939) |
| Grant M. Vlahapoulos (P85633) | Matthew T. Wise (P76794) |
| Kara F. Krause (P85487) | Attorneys for Defendant |
| Attorneys for Plaintiff | 37000 Woodward Avenue, Suite 225 |
| 340 Beakes Street, Ste. 125 | Bloomfield Hills, MI 48304-0925 |
| Ann Arbor, MI 48104 | (313) 426-9825 / (313) 406-7373(fax) |
| (844) 387-0489 | gmeihn@grsm.com |
| Noah@hurwitzlaw.com | mwise@grsm.com |
| Grant@hurwitzlaw.com | |
| Kara@hurwitzlaw.com | |

## STIPULATED ORDER DISMISSING PLAINTIFF'S COMPLAINT

Plaintiff Susan Altvater ("Plaintiff") and Defendant Hospice of Holland, Inc. ("Defendant"), through their respective counsel of record, hereby stipulate and agree as follows:

Upon the stipulation of the parties through their respective counsel hereto to resolve this matter, and the Court being more fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is dismissed in its entirety, with prejudice and without costs to any party and without any finding of wrongdoing by the Defendant by a judge or jury in this matter.

**IT IS SO ORDERED.**

Dated: August 21, 2023        /s/ Jane M. Beckering
                                                  Hon. Jane M. Beckering

Stipulated and agreed:

| /s/ *Noah S. Hurwitz (w/permission)* | /s/ *Matthew T. Wise* |
|---|---|
| Noah S. Hurwitz (P74063) | Matthew T. Wise (P76794) |
| HURWITZ LAW PLLC | GORDON REES SCULLY MANSUKHANI |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| noah@hurwitzlaw.com | mwise@grsm.com |

Dated:  August 21, 2023